UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| DAVID CHARLES CARR | NO.: 16-00070-BAJ-RLB |

### RULING AND ORDER

Considering the Defendant's **Motion for a Competency Examination Pursuant to 18 U.S.C. 4241 (Doc. 17)**, which moves for examinations of Defendant David Charles Carr pursuant to 18 U.S.C. § 4241, 4242:

**IT IS ORDERED** that the Motion for a Psychiatric Examination (Doc. 17) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant David Charles Carr is committed to the custody of the Attorney General for no more than **FORTY-FIVE DAYS** for psychiatric and psychological examination. Pursuant to 18 U.S.C. § 4247(b), Defendant's examination shall be conducted in a suitable facility closest to the Court, unless impracticable.

**IT IS FURTHER ORDERED** that the examiner shall evaluate Defendant to determine whether the defendant is presently suffering from a mental disease or defect within the meaning of 18 U.S.C. § 4241, and

**IT IS FURTHER ORDERED** that upon completion of Defendant's study, Defendant shall be remanded to the custody of the U.S. Marshals.

IT IS FURTHER ORDERED that the examiner shall issue a Report whose contents conform to the provisions of 18 U.S.C. § 4247(c), and shall promptly file the Report <u>under seal</u> with the Court upon its completion, with copies provided to Defendant's counsel and to the United States. The Court will schedule a hearing upon receipt of the Report.

Baton Rouge, Louisiana, this 29th day of August, 2016.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA